**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 12-03009-02-CR-S-MDH |
| ) | |
| RUBEN TAPIA, ) | |
| ) | |
| Defendant. ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Counts One and Six contained in the Second Superseding Indictment filed on August 28, 2012, and Defendant's admittance of the Forfeiture Allegation contained in the Second Superseding Indictment, are now <u>Accepted.</u> The Defendant is <u>Adjudged Guilty</u> of such offense. Sentencing will be set by subsequent Order of the Court.

                                                                *s/Douglas Harpool*
                                                          **DOUGLAS HARPOOL**
                                      **UNITED STATES DISTRICT JUDGE**

Date: September 8, 2014